07 CV 6141

Thomas E. Willoughby (TW 4452)
HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, New York 10006-3739
(212) 669-0600

Judge Pauley

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X    Index No.
TOTEM STEEL INTERNATIONAL INC.,

                Plaintiff,

    - against –    **RULE 7.1 STATEMENT**

M/V "INDOTRANS CELEBES"
(now "INDOTRANS PACIFIC"), her engines, tackle,
boiler, etc., *in rem*, THE CHINA NAVIGATION CO.
LTD. and INDOTRANS, *in personam*,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

RECEIVED JUN 29 2007 U.S.D.C. S.D.N.Y. CASHIERS

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff (Private, Non-Governmental Parties) certify that the following are parent corporations and/or publicly held corporations that own 10% or more of Plaintiff's stock.

                       **N O N E**

Dated: New York, New York
       June 28, 2007

                              HILL RIVKINS & HAYDEN
                              Attorneys for Plaintiff,

                              By: *[signature]*
                              Thomas E. Willoughby (TW 4452)
                              45 Broadway, Suite 1500
                              New York, New York 10006
                              (212) 669-0600