Form 27 - GENERAL PURPOSE

**HILL RIVKINS & HAYDEN LLP**
**ATTN:**

U.S.SOUTHERN DIST. COURT      NEW YORK  COUNTY

---

TOTEM STEEL INTERNATIONAL INC.          plaintiff

       - against -

M/V "INDOTRANS CELEBES" ETAL            defendant

Index No. 07 CV 6141

Date Filed ............

Office No. 29554-TEW

Court Date:   / /

---

STATE OF NEW YORK, COUNTY OF NEW YORK          :SS:

**CARL KORNBLUTH**     being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the
State of New York.
   That on the  10th  day of July, 2007     at  03:40 PM.,                              at
   %UNITED STATE COLD STORAGE, 100 DOBBS LANE
   SUITE 102, CHERRY HILLS, NJ 08034
I served a true copy of the
   **SUMMONS AND COMPLAINT**
   **RULE 7.1 STATEMENT**
   **JUDGES RULES**

upon **THE CHINA NAVIGATION CO.LTD**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
   **LARRY SOKOLWSKI,  VICE PRESIDENT OF U.S. COLD STORAGE**
   **AUTHORIZED TO ACCEPT**
a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's
ability at the time and circumstances of the aforesaid service as follows:
   SEX: **MALE**         COLOR: **WHITE**         HAIR: **BROWN**
   APP. AGE: **45**      APP. HT: **6:3**         APP. WT: **230**

OTHER IDENTIFYING FEATURES:

Sworn to before me this
11th  day of  July, 2007ni

JOEL GOLUB
Notary Public, State of New York
   No.01G04751136
Qualified in NASSAU COUNTY
Commission Expires 12/31/2009

CARL KORNBLUTH
AETNA  CENTRAL  JUDICIAL  SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3HRLOM47488