Form 27 - GENERAL PURPOSE

**HILL RIVKINS & HAYDEN LLP**
ATTN:
U.S.SOUTHERN DIST. COURT    NEW YORK  COUNTY

---

TOTEM STEEL INTERNATIONAL INC.        plaintiff

- against -

M/V "INDOTRANS CELEBES" ETAL          defendant

---

Index No. 07 CV 6141

Date Filed ...........

Office No. 29554-TEW

Court Date:   / /

STATE OF NEW YORK, COUNTY OF NEW YORK         :SS:

**CARL KORNBLUTH**     being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
   That on the  10th  day of July, 2007    at    03:40 PM.,                          at
   %UNITED STATES COLD STORAGE, 100 DOBBS LANE
   SUITE 102, CHERRY HILL, NJ 08034
I served a true copy of the
   SUMMONS AND COMPLAINT
   RULE 7.1 STATEMENT
   JUDGES RULES

upon INDOTRANS
the DEFENDANT therein named,
by delivering to, and leaving personally with
   **LARRY SOKOLWSKI, VICE PRESIDENT OF U.S. COLD STORAGE**
   **AUTHORIZED TO ACCEPT**
a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
   SEX: **MALE**         COLOR: **WHITE**         HAIR: **BROWN**
   APP. AGE: 45          APP. HT: 6:3             APP. WT: 230

OTHER IDENTIFYING FEATURES:

Sworn to before me this
11th  day of  July, 2007ni

JOEL GOLUB
Notary Public, State of New York
   No.01G04751136
Qualified in NASSAU COUNTY
Commission Expires 12/31/2009

.......C̶a̶r̶l̶ ̶K̶o̶r̶n̶l̶t̶h̶..................
CARL KORNBLUTH
AETNA  CENTRAL  JUDICIAL  SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3HRLOM47489