Thomas E. Willoughby (TW 4452)
HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, New York 10006-3739
(212) 669-0600

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TOTEM STEEL INTERNATIONAL INC.,

                 Plaintiff,

    - against –

M/V "INDOTRANS CELEBES"
(now "INDOTRANS PACIFIC"), her engines, tackle,
boiler, etc., *in rem*, THE CHINA NAVIGATION CO.
LTD. and INDOTRANS, *in personam*,

                 Defendants.
------------------------------------------------------------X

Index No.
07 Civ. 6141 (WHP)

**STIPULATION OF**
**DISCONTINUANCE**

    IT IS HEREBY STIPULATED AND AGREED, that the above-entitled action having been settled, that it be and the same hereby is dismissed with prejudice, but without cost to any party subject to being re-opened within ninety (90) days after dismissal, should settlement funds not be received.

Dated: September 21, 2007

                              HILL RIVKINS & HAYDEN LLP
                              Attorneys for Plaintiff

                              By: _____
                              Thomas E. Willoughby (TW4452)
                              45 Broadway, Suite 1500
                              New York, New York 10006
                              (212) 669-0600

The Clerk of the Court is directed
SO ORDERED: to mark this
case closed.

_____
WILLIAM H. PAULEY III,
United States District Judge
9/24/2007